Dismissed and Memorandum Opinion filed July 2, 2009








Dismissed
and Memorandum Opinion filed July 2, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00454-CV

____________

 

PREMIER TOWERS, L.P., Appellant

 

V.

 

LAUGHLIN ENVIORNMENTAL, INC., Appellee

 



 

On Appeal from the
189th District Court

Harris County,
Texas

Trial Court Cause
No. C-2001-19113-A

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed February 12, 2009.  On June 19, 2009,
appellant filed an unopposed motion to dismiss the appeal because the parties
reached a settlement at mediation.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Chief Justice Hedges and Justices
Yates and Frost.